# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:10-CV-26-GCM

| | |
|---|---|
| CONTINENTAL CASUALTY CO., )<br>                    Plaintiff, )<br>     v.                               ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| HENDRICK AUTOMOTIVE GROUP et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

       **THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Christopher R. Carroll** to appear *Pro Hac Vice*, dated January 25, 2010 [doc. #7].

       Upon careful review and consideration, this Court will grant the Application.

       In accordance with Local Rule 83.1 (E), the Court notes that Mr. Carroll has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

       **IT IS SO ORDERED.**

Signed: January 27, 2010

Graham C. Mullen
United States District Judge