IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:10-cv-00026

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | ORDER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HENDRICK AUTOMOTIVE GROUP, HENDRICK MANAGEMENT LLC f/k/a HENDRICK MANAGEMENT CORPORATION, CHARLOTTE AUTOMOTIVE COMPANY, AND SOUTH BOULEVARD AUTO INVESTORS COMPANY LIMITED PARTNERSHIP | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on its own motion. The Order granting Plaintiff's Motion to Amend is hereby VACATED.

**SO ORDERED.**

Signed: June 2, 2010

Graham C. Mullen
United States District Judge

1